IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE ADAMS,

    Plaintiff,                      No. CIV S-11-826 GEB DAD (TEMP) PS

    vs.

CHARLES EASLEY, et al.,         ORDER

    Defendants.

_____/

      On May 31, 2011, defendants Sutter County Board of Supervisors and related defendants filed a motion to dismiss. By order filed May 26, 2011, defendant Waggoman's separate motion to dismiss was granted with leave to amend. The pending motion to dismiss brought on behalf of defendants Sutter County Board of Supervisors and related defendants is therefore moot and will be denied without prejudice to its renewal upon the filing of an amended complaint. Accordingly, IT IS HEREBY ORDERED that:

      1. The hearing date of July 8, 2011 on the motion to dismiss is vacated; and

      2. Defendants' motion to dismiss (docket no. 16) is denied without prejudice.

DATED: June 3, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

JMM
adams.vac