IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE ADAMS,

    Plaintiff,                                      No. CIV S-11-0826 GEB CKD PS

    vs.

CHARLES EASLEY, et al.,

    Defendants.                                <u>ORDER</u>

/

        The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On December 6, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 6, 2011, are adopted in full; and

2. This action is dismissed as to the non-appearing defendants.

Dated: January 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge