IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Tyrone Adams,                        )
                                     )      2:11-cv-0826-GEB-CKD
                Plaintiff,           )
                                     )
        v.                           )      ORDER STRIKING DOCUMENTS FROM
                                     )      THE RECORD; DENYING
Charles Easley, et al.,              )      PLAINTIFF'S MOTION FOR
                                     )      RECONSIDERATION*
                Defendants.          )
_____    )

        Plaintiff, appearing pro se, has filed fifteen motions between April 23, 2012 and May 10, 2012. In each motion Plaintiff is seeking reconsideration of the order dismissing his second amended complaint without leave to amend. Following entry of this dismissal order, judgment was entered in favor of Defendants.

        Plaintiff's numerous and duplicative filings are in violation of a January 4, 2012 Order (ECF No. 87) in which the following is stated:

            The multiplicity of plaintiff's filings are a
            burden on both the court and defendants and impede
            the proper prosecution and defense of this action.
            Plaintiff's future filings shall therefore be
            limited.

            Accordingly, IT IS HEREBY ORDERED THAT . . .
            Plaintiff may only file the following documents:

            . . . .

_____

        *   This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

> Only one motion pending at any time. Such motion must be properly noticed for hearing. Plaintiff is limited to one memorandum of points and authorities in support of the motion and one reply to any opposition . . . .
>
> Failure to comply with this order shall result in improperly filed documents being stricken from the record . . . .

Therefore, Plaintiff's first motion for reconsideration, docketed as ECF Number 126, will be considered. The remainder of Plaintiff's filings, docketed as ECF Numbers 127-129, 133-137 and 139-142 are stricken from the record.

"A motion for reconsideration should not be granted, . . . unless the . . . court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009) (citation omitted).

Plaintiff's motion for reconsideration fails to satisfy this standard, and is therefore denied.

Dated:  May 29, 2012

GARLAND E. BURRELL, JR.
United States District Judge