UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Tyrone Adams, | No. 2:11-cv-00826-GEB-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Charles Easley, et al., | |
| Defendants. | |

On December 23, 2014 pro se Plaintiff filed a "Request for Immediate Return of All Filed Exhibits, Photographs, High Definition Color Photographs, All High Definition Audio – Video DVDs in the Court[']s Possession." (Pls.' Req., ECF No. 163.) The Court is not obligated to look at each Court filing to determine whether, when, and what Plaintiff seeks returned has been filed. However, since it appears that what Plaintiff seeks are referenced in court filings numbered 94 and 96, the Clerk of the Court shall return to Plaintiff what is referenced in those filings.

Dated: January 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge